Delbert Dean BROWN

v.

UNITED STATES of America.

No. 5866.

United States Court of Appeals
Tenth Circuit.

July 8, 1958.

Roehm A. West, Jr., Tulsa, Okl., for appellant.

Frank D. McSherry, U. S. Atty., Harry G. Fender, Asst. U. S. Atty., and Paul M. Brewer, Asst. U. S. Atty., Muskogee, Okl., for appellee.

Before BRATTON, Chief Judge, and PICKETT, Circuit Judge.

PER CURIAM.

Appeal dismissed for failure of appellant diligently to prosecute.

TIMES-JOURNAL PUBLISHING COMPANY, an Oklahoma corporation,

v.

UNITED STATES of America.

No. 5922.

United States Court of Appeals
Tenth Circuit.

July 28, 1958.

Johnson, Tomerlin & High, Oklahoma City, Okl., for appellant.

Charles K. Rice, Asst. Atty. Gen., and Lee A. Jackson, Atty., Department of Justice, Washington, D. C., and Paul W. Cress, U. S. Atty., and Leonard L. Ralston, Asst. U. S. Atty., Oklahoma City, Okl., for appellee.

Before BRATTON, Chief Judge, and BREITENSTEIN, Circuit Judge.

PER CURIAM.

Appeal dismissed pursuant to stipulation of the parties.

L. E. HEIZER

v.

Pat KEATHLY, d/b/a Funeral Car Exchange.

Lavone ENLOW

v.

Pat KEATHLY, d/b/a Funeral Car Exchange.

Nos. 5804, 5805.

United States Court of Appeals
Tenth Circuit.

Aug. 7, 1958.

Poe, Murdock & Langford, Tulsa, Okl., for appellants.

Duvall & Head, Oklahoma City, Okl., for appellee.

Before BRATTON, Chief Judge, and BREITENSTEIN, Circuit Judge.

PER CURIAM.

Appeals dismissed on motion of appellants.

Raymond Lester SCOTT

v.

UNITED STATES of America.

No. 5833.

United States Court of Appeals
Tenth Circuit.

July 8, 1958.

Harry Williams, Denver, Colo., for appellant.

John F. Raper, Jr., U. S. Atty., and William G. Walton, Asst. U. S. Atty., Cheyenne, Wyo., for appellee.

Before BRATTON, Chief Judge, and MURRAH and BREITENSTEIN, Circuit Judges.

PER CURIAM.

Affirmed without written opinion.